Dear Sheriff, F.B.I.                    Page 1 of 2                5/22/15    42,704-01

I'm writing to You because I Am in desperate need of Your help. I desperately need Protection from F.B.I. for Me and My Christian family and I need for You to either the Bill Clements unit in Amarillo, Tx. or the Montford unit in Lubbock, Tx. If for whatever reason You won't help Me. I'd like for You to Please contact My uncle, Jesus Hernandez, he is Texas Ranger in Corpus Christi, Tx. t ask him to Please get Me off Micheal unit immediately because My life is in imminent danger. Mexican mafia here @ Micheal unit have a $3,000ºº hit out on Me + dirty officers under this gang's is waiting for the right chance/opportunity to let them kill Me. I was brutally beat with My own coffee Pot back in 2004 here @ Micheal by gang member, William Weaden he was trying to collect the $3,000ºº hit money on Me. Sheriff, Jerry Franklin of Tahoka + Sargeants Divin, Rendon here are about to release Me to Population where mexican mafia will kill Me. Sheriff has motive for wanting Me dead. I had Previously threatened to tell F.B.I. about multiple murders that he was Personally involved in, including the murder of Mr. Reynaldo Banda of O'Donnell, Tx. in 1998. I was accepted into Jerry's organized crime ring in which federal fugitve, Armando Barraza and Margarito Deleon of Tahoka, Tx. are ring ring leaders when Me + Julian Vasquez successfully delivered I believe 100 killos of Cocaine to Johnny Bustamante of Lubbock + Juan Quintana of Post, Tx.! And if You wish to verify this. that day We delivered cocaine. Me + Julian were in a customized 1976 malibu class which former sheriff, Jack Miller gave Me w/ $5,000ºº Me + Julian were in car registered to Sheriff Miller. We were arrested for Public intoxication. A former Tahoka jailer named Chloe made the arrests. We were @ Ave Avenue on Q. Street. car registered to registered to sheriff was impounded this was late late 1980's or early 1990's (Please verify w Lubbock, Tx. sheriff's office. I know of 3 murders which Jerry Played big role in. Here's My Problem, these stupid cowards recently had My Cousin, Lupe Hernandez + his friend of Dilley, Tx. murdered by Ruben Deleon of Laredo, Tx and Daniel Rodriquez of Del Rio, Tx. now they have My friend, GiGi's address. they've give Me 2 wks. to get off Micheal unit, or ther murder her. I'd like to wear a wire I'll get confessions from 3 women + 2 men who were @ My brother, Fabian Villanueva's mobil home in 1998 when Fabian + Felix were smoking crack joking how Fabian shot up Rey w/ what was supposed to have been cocaine. he was sitting in Passenger seat. Next either Felix Hernandez or Ricky Gutierrez choked in w/belt from back seat of Fabian's car. Then they were saying that RECEIVED IN COURT OF CRIMINAL APPEALS MAY 28 2015 Abel Acosta, Clerk Franklin owed them for that murder. I can also obtain confessions My 2 ex from Post, Tx. were with Me when I Picked up serial Killer, a black man from Post, Tx. he was very drunk + smoking crack when Tracy Price confessed to Me he + Tanna Elseina of Tahoka, Tx.

had been Paid by Jerry to go teach Edward Gutirrez a lesson for not Paying Jerry drug money, but Edwad was not home, they "forced" their way inside Edward's home, a fight broke out, they beat 2 elderly men, then set fire to Edward's home on 10th street, early 1995 this fire was ruled "accidental" but I'll get You 2 confessions + help You convict Jerry he is under Margarito's + Mario Chapa's Payroll, accepting drug money from Margarito's illegally operated bar in Tahoka Tx. called "The tin barn" I will get all these witnesses to testify against Jerry. There are 5 local business men who are part of this crime ring. The main reason I'd like Jerry convicted is because he maniPulated sgt., Yesenia Beltran @ Estelle unit to to delete MY H.I.V. medication from Computer. I recently filed a $125 million lawsuit. I will take a Polygraph + get all witnesses to testify, all I Am asking in return is for You to ask state classification in Huntsville, Tx. to transfer Me immediately to Montford unit in Lubbock + helP Me contact MY 2g kids. I'm serving a "non agravated" life sentence. I was "illegally" convicted of Possesing a gun, but about to Prove "actual innocence." I've Plenty of under cover work. I wore wire, obtained confession from inmate Fernando LoPez @ old Co. jail in Lamesa, Tx. 1996, I also wore wire while doing under cover work for Manuel Reyna of Lubbock, Tx. Drug Task Force I Purchase cocain in 1998. Later that Year I worked with detective, Billy Timms @ Lubbock Co. jail I helPed bust jail jailer cardenas for taking heroin to inmates, I've done Plenty of undercover work for T.D.C.! Whatever You do, if You decide to let Me help Please do "not" talk to D.A., Jerry or anyone here at Michs in MY County, and Please if You decide to let Me helP You, all I ask is that You get Me to Montford unit + do not speak to anyone here. I'm sending You this letter under someone else's name because Divin is "illegally" openning all MY legal mail. I Pray that in the interest of Justice You get Me to either Clements unit or Montford, get Me "safe keeping" status. Very truly Yours,

C-C file:

E.M. Miller

Robert Miller 866293
Micheal unit 2664 FM 2054
Tennessee Colony, Tx.
75886

Dear Clerk,

Please forward the enclosed letter to either Texas Rangers or the F.B.I. and whatever you do, please do not return letter, I'll really and truly appreciate you. Very truly yours,

Robert Miller

C.C. file
Robert Miller 866293
Micheal unit 2664 FM 2054
Tennessee Colony, Tx
75886


Please acknowlege receipt of this letter to: Robert Miller 866293